UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ENERGY ALCHEMY, INC. § <br> § <br> Plaintiff, § <br> v. § <br> § <br> MARICRUZ SAGRERO NAMBO, § <br> d/b/a MI DIA CAFÉ; JESUS § <br> SAGRERO NAMBO, d/b/a MI § <br> DIA CAFÉ; MARTA SAGRERO, § <br> d/b/a MI DIA CAFÉ, § <br> § <br> Defendants. | Case No. 3:23-cv-00815-K |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated October 17, 2024. The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED, ADJUDGED,** and **DECREED** that Defendants' Answer is struck as a sanction under Rule 16(f)(1) and Rule 37(b)(2)(A)(iii) for failing to comply with court orders.

**SO ORDERED.**

**Signed November 6th, 2024.**

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE